UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE IRIZARRY,<br><br>       Plaintiff,<br><br> -against-<br><br>MANHATTAN CORRECTIONAL CENTER; MARTI LICON-VITALE, CHARISMA EDGE; ROBERT HAZLEWOOD; N. DIAYE,<br><br>       Defendants. | 21-CV-5170 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 8, 2022, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims under the Federal Tort Claims Act are dismissed without prejudice for failure to exhaust his administrative remedies, and his claims under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), are dismissed under 28 U.S.C. 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 8, 2022
    New York, New York

                /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge